1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            NORTHERN DISTRICT OF CALIFORNIA
8
9  RIVER RANCH FRESH FOODS, LLC, et al.,
              No. C 08-01688 PVT
10           Plaintiff(s),           **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
11       v.
12 PREMIUM FRESH FARMS, LLC, et al.,
13           Defendant(s).
                                    /
14
15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: July 8, 2008                    /s/ Marion I. Quesenbery
                                          Signature
22
                                          Counsel for  Plaintiffs
23                                        (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28