MARION I. QUESENBERY, SBN 072308
R. JASON READ, SBN 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
E-mail: marion@rjlaw.com
E-mail: jason@rjlaw.com

Attorneys for Plaintiffs
RIVER RANCH FRESH FOODS, LLC, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RIVER RANCH FRESH FOODS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIUM FRESH FARMS, LLC, *et al.*,<br><br>Defendants. | CASE NO. C 08-01688 PVT<br><br>**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**CMC Date:  July 15, 2008**<br>**CMC Time: 2:00 p.m.**<br>**CMC Place: Ctrm. 5, 4th Floor**<br>**San Jose** |

      Plaintiffs River Ranch Fresh Foods, LLC, Vessey and Company, Inc., Lancer Marketing, and Field Fresh Farms, LLC respectfully request that the Case Management Conference and the associated dates be continued for 45 days based on the following:

      1.     Defendants are represented by one law firm, which had a potential conflict due to its prior representation of one of the Plaintiffs; however, the conflict has been resolved, and a waiver of conflict agreement has been circulated and should be signed by tomorrow.

MOTION TO CONTINUE CMC, Case No. C08-01688 – Page 1

1    2.   Plaintiffs' counsel has been discussing settlement with Defendants' attorney, under the assumption that the conflict would be resolved, and she believes that this action will be settled in its entirety shortly (within the next two weeks) by the filing of a stipulated judgment.

Consequently, it makes sense to continue the Case Management Conference for 30 to 45 days to allow the parties to finalize their negotiations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                            RYNN & JANOWSKY, LLP

Date: July 8, 2008                By:   /s/ Marion I. Quesenbery
                                                                   Marion I. Quesenbery
                                                                   Attorneys for Plaintiffs

**IT IS SO ORDERED. The Case Management Conference is continued to _____, 2008, at _____ p.m., in Courtroom 5, 4th Floor, San Jose.**

Date: July \_\_, 2008

                                                      _____
                                                      U.S. MAGISTRATE JUDGE

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953