**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIVER RANCH FRESH FOODS, LLC., | C 08-01688 PVT |
| *Plaintiff(s),* | **CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PREMIUM FRESH FARMS LLC., | |
| Defendant(s). | |

Please take notice that the Case Management Conference previously scheduled for July 15, 2008 has been rescheduled for **September 16, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.** Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: July 10, 2008

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK