MARION I. QUESENBERY, SBN 072308
R. JASON READ, SBN 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: marion@rjlaw.com
E-mail: jason@rjlaw.com

Attorneys for Plaintiffs
RIVER RANCH FRESH FOODS, LLC, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RIVER RANCH FRESH FOODS, LLC; VESSEY AND COMPANY, INC.; LANCER MARKETING; and FIELD FRESH FARMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; EMMITT L. PFOST; SALVADOR PAUL TARANTINO; PAUL E. DUNHAM; JOHN D. TAMAGNI; and ROBERT ELLIOTT,<br><br>Defendants. | CASE NO. C 08-01688 PVT<br><br>**ACKNOWLEDGMENT OF SERVICE OF COMPLAINT AND SUMMONS** |

On behalf of Defendants Premium Fresh Farms, LLC; PDP & Associates, LLC, Ag Harvesting & Technologies, LLC, Emmitt L. Pfost, Salvador Paul Tarantino, John D.

COMPLAINT – Page 1

Tamagni, and Robert Elliott ("Defendants"),[1] I am authorized to accept and acknowledge – and I do accept and acknowledge – receipt of a copy of the Complaint and Summons in this case and a copy of the First Amended Complaint, as valid service of these documents on Defendants. I agree, on behalf of Defendants, that the deadline for responding to the First Amended Complaint will be 20 days from the date (noted below) of this Acknowledgement of Service.

Defendants waive all defects (such as failure to personally serve the Complaint and Summons on Defendants), if any, in the service of the Complaint and Summons and the First Amended Complaint on Defendants and do not require or request personal service of these documents on Defendants.

JOHNSON & MONCRIEF
A Professional Corporation

Date: August 15, 2008          By: _____
                                    PAUL W. MONCRIEF
                                    Attorneys for Defendants Premium Fresh
                                    Farms, LLC; PDP & Associates, LLC; AG
                                    Harvesting & Technologies, LLC; Emmitt L.
                                    Pfost; Salvador Paul Tarantino; John D.
                                    Tamagni; and Robert Elliott

---

[1] All Defendants *except* Paul E. Dunham.

COMPLAINT – Page 2

1  Tamagni, and Robert Elliott ("Defendants"),[1] I am authorized to accept and acknowledge
2  – and I do accept and acknowledge – receipt of a copy of the Complaint and Summons in
3  this case and a copy of the First Amended Complaint, as valid service of these documents
4  on Defendants. I agree, on behalf of Defendants, that the deadline for responding to the
5  First Amended Complaint will be 20 days from the date (noted below) of this
6  Acknowledgement of Service.

7  Defendants waive all defects (such as failure to personally serve the Complaint
8  and Summons on Defendants), if any, in the service of the Complaint and Summons and
9  the First Amended Complaint on Defendants and do not require or request personal
10 service of these documents on Defendants.

JOHNSON & MONCRIEF
A Professional Corporation

Date: August 5, 2008        By: _____
                                 PAUL W. MONCRIEF
                                 Attorneys for Defendants Premium Fresh
                                 Farms, LLC; PDP & Associates, LLC; AG
                                 Harvesting & Technologies, LLC; Emmitt L.
                                 Pfost; Salvador Paul Tarantino; John D.
                                 Tamagni; and Robert Elliott

---

[1] All Defendants *except* Paul E. Dunham.

COMPLAINT – Page 2