MARION I. QUESENBERY, SBN 072308
R. JASON READ, SBN 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
E-mail: marion@rjlaw.com
E-mail: jason@rjlaw.com

Attorneys for Plaintiffs
RIVER RANCH FRESH FOODS, LLC, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RIVER RANCH FRESH FOODS, LLC, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>PREMIUM FRESH FARMS, LLC, *et al.*,<br><br>              Defendants. | CASE NO. C 08-01688 PVT<br><br>ORDER ON<br>**CASE MANAGEMENT CONFERENCE STATEMENT – REQUEST TO CONTINUE CMC**<br><br>CMC Date:  November 18, 2008<br>CMC Time: 2:00 p.m.<br>CMC Place: Ctrm. 5, 4th Floor<br>            San Jose |

Plaintiffs River Ranch Fresh Foods, LLC, Vessey and Company, Inc., Lancer Marketing, and Field Fresh Farms, LLC respectfully request that the Case Management Conference and the associated dates be continued for an additional 45 to 60 days. Although Plaintiffs had intended to file a Motion for Default Judgment, Defendants John Tamagni ("Tamagni") and Robert Elliott ("Elliott") retained new counsel who requested that Plaintiffs stipulate to the lifting of the default that was previously filed.  Plaintiffs

CMC Statement & Request to Continue CMC, Case No. C08-01688 – Page 1

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1  agreed to do so, and a Stipulation Lifting Default [as to Tamagni and Elliott only] &
2  Proposed Order was filed today.

3  Although Plaintiffs counsel and Defendants Tamagni & Elliott's new attorney
4  have discussed settlement of this action, it does not appear that any agreement will be
5  reached at this time.  Consequently, Plaintiffs respectfully request that the Case
6  Management Conference be continued for 45 to 60 days to allow Defendants Tamagni
7  and Elliott time to respond to the Complaint and to discuss and file a Case Management
8  Conference Statement.  Also, within the next two weeks, Defendants will file a Request
9  for Default Judgment as to the remaining Defendants.

10  I declare under penalty of perjury under the laws of the United States that the
11  foregoing is true and correct.

12  Date: November 10, 2008         RYNN & JANOWSKY, LLP

14  By:   /s/ Marion I. Quesenbery
        MARION I. QUESENBERY
15      Attorneys for Plaintiffs

17  **IT IS SO ORDERED.** The Case Management Conference is continued to
18  __January 20, 2009__, at ____2:00____ p.m., in Courtroom ~~2~~ 5, ~~17th~~ 4th Floor, San ~~Francisco~~ Jose.

19  Date: November 12, 2008

20                    _____
                      U.S. MAGISTRATE JUDGE   (Patricia V. Trumbull)

CMC Statement & Request to Continue CMC, Case No. C08-01688 – Page 2