1   MARION I. QUESENBERY, SBN 072308
    R. JASON READ, SBN 117561
2   RYNN & JANOWSKY, LLP
    4100 Newport Place Drive, Suite 700
3   Newport Beach, CA 92660-2423
    Telephone: (949) 752-2911
4   Facsimile:  (949) 752-0953
    E-mail: marion@rjlaw.com
5   E-mail: jason@rjlaw.com

6   Attorneys for Plaintiffs
    RIVER RANCH FRESH FOODS, LLC, et al.

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  RIVER RANCH FRESH FOODS, LLC, *et al.,*     CASE NO. C 08-01688 PVT
                                                **ORDER ON**
12              Plaintiffs,                      **JOINT CASE MANAGEMENT**
                                                **CONFERENCE STATEMENT –**
13         v.                                    **REQUEST TO CONTINUE CMC**

14  PREMIUM FRESH FARMS, LLC, *et al.,*         **CMC Date:  June 16, 2009**
                                                **CMC Time: 2:00 p.m.**
15              Defendants.                      **CMC Place: Ctrm. 5, 4th Floor**
                                                          **San Jose**
16

17          Plaintiffs River Ranch Fresh Foods, LLC, Vessey and Company, Inc., Lancer Marketing,

18  and Field Fresh Farms, LLC and Defendants John D. Tamagni ("Tamagni") and Robert Elliott

19  ("Elliott") respectfully request that the Case Management Conference and the associated dates be

20  continued for one last time for an additional 60 days.  The parties participated in a mediation

21  session before Mediator David Roe on May 28, 2009, which was very successful, as the parties

22  partially resolved the action and expect to fully resolve the matter shortly.  They are, however,

23  still working out the details, but they expect to complete this process by the end of the month.

24

LAW OFFICES
**RYNN & JANOWSKY, LLP**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.

3    Date:  June 9, 2009                    RYNN & JANOWSKY, LLP

4

5                                           By:    /s/  Marion I. Quesenbery
                                                   MARION I. QUESENBERY
6                                                  Attorneys for Plaintiffs

7    Date:  June 9, 2009                    LAW OFFICE OF CLYDE C. PEARCE

8

9                                           By:    /s/ Clyde C. Pearce
                                                   CLYDE C. PEARCE
10                                                 Attorney for Defendants John D. Tamagni
                                                   and Robert Elliott

11

        I hereby attest that today I e-mailed the above Joint Case Management Conference
12   Statement – Request to Continue CMC to Clyde C. Pearce.  After he received it, he gave me
     permission to sign his name to this document and to e-file it with the Court.

13
                                            /s/  Marion I. Quesenbery
14                                          MARION I. QUESENBERY

15

16

17

18

19

20

21

22

23

24

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1        **IT IS SO ORDERED. The Case Management Conference is continued to**

2    **August 18, 2009, at 2:00 p.m., in Courtroom 5, 4th Floor, San Jose.**

3

4    Date:  June 11, 2009

_____
U.S. MAGISTRATE JUDGE

LAW OFFICES
**RYNN & JANOWSKY, LLP**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953