MARION I. QUESENBERY, SBN 072308
R. JASON READ, SBN 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
E-mail: marion@rjlaw.com
E-mail: jason@rjlaw.com

Attorneys for Plaintiffs
RIVER RANCH FRESH FOODS, LLC, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RIVER RANCH FRESH FOODS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIUM FRESH FARMS, LLC, *et al.*,<br><br>Defendants. | CASE NO. C 08-01688 PVT<br><br>**ORDER ON JOINT CASE MANAGE-MENT CONFERENCE STATEMENT & REQUEST TO CONTINUE CMC**<br><br>CMC Date:  August 18, 2009<br>CMC Time: 2:00 p.m.<br>CMC Place: Ctrm. 5, 4th Floor<br>            San Jose |

Plaintiffs Lancer Marketing ("Lancer") and Field Fresh Farms, LLC ("Field Fresh Farms") and Defendants John D. Tamagni ("Tamagni") and Robert Elliott ("Elliott") respectfully request that the Case Management Conference and the associated dates be continued for one final time for an additional 30 days.

Plaintiffs River Ranch Fresh Foods, LLC and Vessey and Company, Inc. resolved their claims against Plaintiffs Tamagni and Elliott by dismissing as to these Defendants. [Docket #24]. On May 28, 2009, the remaining Plaintiffs Lancer Marketing and Field Fresh Farms and Defendants Tamagni and Elliott participated in a mediation session before Mediator David Roe,

which was very successful, as the parties believe that they resolved the action. However, they need a little extra time to work out a few details of the settlements, and they expect to file the appropriate paperwork dismissing the action within two weeks.

Consequently, the parties respectfully ask the Court's indulgence one final time and ask for a 30 days continuance of the case management conference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  August 13, 2009                    RYNN & JANOWSKY, LLP

                                          By:    /s/  Marion I. Quesenbery
                                                 MARION I. QUESENBERY
                                                 Attorneys for Plaintiffs

Date:  August 13, 2009                    LAW OFFICE OF CLYDE C. PEARCE

                                          By:    /s/ Clyde C. Pearce
                                                 CLYDE C. PEARCE
                                                 Attorney for Defendants John D. Tamagni
                                                 and Robert Elliott

I hereby attest that today I e-mailed the above Joint Case Management Conference Statement – Request to Continue CMC to Clyde C. Pearce. After he received it, he gave me permission to sign his name to this document and to e-file it with the Court.

                                          /s/  Marion I. Quesenbery
                                          MARION I. QUESENBERY


**IT IS SO ORDERED. The Case Management Conference is continued to September 29, 2009, at 2:00 p.m., in Courtroom 5, 4th Floor, San Jose.**

Date:  August 14, 2009

                                          _____
                                          U.S. MAGISTRATE JUDGE