LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RIVER RANCH FRESH FOODS, LLC; VESSEY AND COMPANY, INC.; LANCER MARKETING; and FIELD FRESH FARMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; EMMITT L. PFOST; SALVADOR PAUL TARANTINO; PAUL E. DUNHAM; JOHN D. TAMAGNI; and ROBERT ELLIOTT,<br><br>Defendants. | CASE NO. C08-01688 PVT<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT, PURSUANT TO STIPULATION OF THE PARTIES** |

HAVING REVIEWED AND CONSIDERED the foregoing Stipulation and Order, and it appearing to the satisfaction of the court that relief in accordance with the terms of the Stipulation and Order should be entered,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and

ORDER – Case No. C08-01688 PVT – Page 1

**IT IS FURTHER ORDERED** that Plaintiff's complaint be dismissed, in its entirety as to all Defendants without prejudice subject to reopening only for the limited purpose of interpreting and enforcing the terms of the Confidential Settlement Agreement and Mutual Release and entering and enforcing judgment against Defendants in the manner and under the terms set forth therein, if necessary.

**IT IS FURTHER ORDERED** that the U.S. District Court for the Northern District of California shall retain exclusive personal and subject matter jurisdiction to interpret and enforce the terms of the Confidential Settlement Agreement and Mutual Release and to enter and enforce judgment against Defendants in the manner and under the terms set forth therein, if necessary.

**SO ORDERED.**

DATED: 2/11/10

*Patricia V. Trumbull*
THE HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE